Joshua W. Potter
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725

Attorney for Plaintiff, SYBIL PEILEI YANG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYBIL PEILEI YANG,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No.: CV 10-05743 RNB<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

　　　IT IS ORDERED that the Commissioner shall pay the amount of ONE THOUSAND TWO HUNDRED DOLLARS AND NO CENTS ($1,200.00) FOR FEES, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: February 16, 2011　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1